*filed in open court 6/24/04 CBS*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
)
JOHN FORTES ) CR. NO. 04-1794-CBS
)

## MOTION TO AMEND COMPLAINT

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to amend the Complaint in the above referenced matter to correct two errors. First, and as the complaint-affidavit reflects, the narrative portion of the complaint should be amended to reflect that the defendant allegedly possessed with the intent to distribute a quantity of "cocaine," and not "crack cocaine." Second, and as the complaint-affidavit reflects, this narrative portion should be amended to reflect that the defendant also is charged with possession of ammunition after having been convicted of a felony offense. An amended complaint is attached for the Court's convenience.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105

*6-24-04 allowed*