UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04CR 10196 GAO |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| JOHN FORTES | ) | 21 U.S.C. § 841-- |
| | ) | Distribution of Controlled |
| | ) | Substances |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1)-- |
| | ) | Felon in Possession of |
| | ) | Ammunition |

INDICTMENT

COUNT ONE:     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine)

The Grand Jury charges that:

On or about May 27, 2004, at New Bedford, in the District of Massachusetts,

JOHN FORTES,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## SUPPLEMENTAL FINDINGS

The **GRAND JURY** further finds that:

1.  The transaction described herein involved at least 25 but less than 50 grams of cocaine.

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine)

The Grand Jury further charges that:

On or about June 2, 2004, at New Bedford, in the District of Massachusetts,

**JOHN FORTES**,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## SUPPLEMENTAL FINDINGS

The **GRAND JURY** further finds that:

1. The transaction described herein involved at least 25 but less than 50 grams of cocaine.

<u>COUNT THREE</u>:     **(18 U.S.C. §922(g)(1) - Felon in Possession
                of Ammunition)**

The Grand Jury further charges that:

On or about June 2, 2004, at New Bedford, in the District of Massachusetts,

**JOHN FORTES**,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit: six rounds of Winchester brand, 9mm Luger ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
DONALD L. CABELL
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; 7-7, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK @ 2:02 pm