## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

UNITED STATES,

        Plaintiffs,        CIVIL ACTION
v.                              NO. 04-CR-10196-GAO

JOHN FORTES

        Defendants,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **July 30, 2004 at 2:00 p.m.** |

_____

Type of Proceeding:

**ARRAIGNMENT**

                                          CHARLES B. SWARTWOOD, III
                                          MAGISTRATE JUDGE

<u>July 16, 2004</u>              <u>/s/ Sherry Jones</u>
Date                         Sherry Jones,
                             Deputy Clerk
                             (508) 929-9901

cc: All counsel