UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **MOTION TO CONTINUE** |
| | ) | |
| JOHN FORTES | ) | |

Now comes the defendant, JOHN FORTES, and moves that this Honorable Court continue his case which is scheduled for Arraignment on Friday, July 30, 2004, to Monday, August 2, 2004, at 11:30 am.

As grounds therefore the defendant states, that his attorney has a scheduling conflict in that he is required to appear in New Bedford District Court in the matters of <u>Commonwealth v Patrick Resendes</u>; <u>Commonwealth v Christopher Felix</u>; <u>Commonwealth v Jennifer Victorino</u>; <u>Commonwealth v Brad Santos</u>; and <u>Commonwealth v Margaret Williams</u>.

As further grounds, the defendant states that Assistant United States District Attorney, Donald Cabell, assents to this motion provided that the time from July 30, 2004 through August 2, 2004, be excluded under the Speedy Trial Act. Attorney Sutter agrees that this time should be excluded from the Speedy Trial Act.

WHEREFORE, the defendant respectfully requests that this Honorable Court continue this matter to August 2, 2004.

By his attorney,

C. Samuel Sutter
203 Plymouth Avenue, Bld. 7
Fall River, Ma 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
BBO 542496

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JOHN FORTES | ) | |

I, Kelley Anne Sylvia, hereby certify that on Friday, July 23, 2004, I mailed a copy of the foregoing Motion to Continue, to United States Assistant District Attorney Donald Cabell of the United States Attorney's Office, 1 Courthouse Way, Boston, Massachusetts 02210.

*Kelley-Anne Sylvia*