UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **MOTION TO CONTINUE** |
| ) | |
| JOHN FORTES ) | |

Now comes the defendant, JOHN FORTES, and hereby moves that this Honorable Court extend the time within which his attorney must file substantive motions from Friday, October 8, 2004 to Monday, November 8, 2004.

As grounds therefore the defendant states, that his attorney has not yet received all discovery materials from the United States Attorney's Office. Once full discovery is received, defense counsel will need sufficient time to review all documents, video tapes and audio tapes. As further grounds, the defendant states that Assistant United States Attorney, Donald Cabell, assents to this motion. And finally, the defendant agrees that the period of time from October 8, 2004 to November 8, 2004, should be excluded from the Speedy Trial provisions.

WHEREFORE, the defendant respectfully requests that this Honorable Court continue the deadline for the filing of substantive motions.

By his attorney,

*/s/ C. Samuel Sutter*
C. Samuel Sutter
203 Plymouth Avenue, Bld. 7
Fall River, Ma 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766
BBO 542496

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>JOHN FORTES )<br>) | **CERTIFICATE OF SERVICE** |

I, Kelley Anne Sylvia, hereby certify that on Friday, October 8, 2004, I sent by email, (donald.cabell@usdoj.gov), a copy of the foregoing Motion to Extend Time, to United States Assistant Attorney, Donald Cabell of the United States Attorney's Office, 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Kelley-Anne Sylvia