UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                          )<br>        v.                )<br>                          )<br>JOHN FORTES               )   CR. NO. 04-10196-GAO<br>                          ) | |

**ASSENTED TO-MOTION TO CONTINUE INTERIM STATUS CONFERENCE
AND EXTEND TIME**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent to continue the interim status conference in this case, presently scheduled for October 26, 2004, to on or about November 22, 2004, to accommodate counsels' schedules. The defendant also moves to extend to November 22, 2004 the time by which it must file any dispositive pretrial motions. The government assents to the defendant's motion. The parties agree that the time encompassed by any continuance should be excluded for purposes of the Speedy Trial Act.

            Respectfully submitted,
            MICHAEL J. SULLIVAN
            United States Attorney

      BY: /s/Donald L. Cabell
         Donald L. Cabell
         Assistant U.S. Attorney
         One Courthouse Way, Suite 9200
         Boston, MA 02210
         (617) 748-3105