# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.     )<br>)<br>JOHN FORTES,        )<br>    Defendant,    )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-10196-GAO** |

### STATUS REPORT
### February 18, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to O'Toole, J. to whom this case is assigned:

1. Substantive Motions

Mr. Fortes intends to file dispositive motions and has requested additional time within which to file those motions. I have granted that request. Substantive motions shall be filed in this case by March 25, 2005 and the Government shall file an opposition to those motions by April 8, 2005.

2. Further Status Conference

A further status conference shall be held in this case on April 12, 2005, at 2:15 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 20, 2005 (date of expiration of prior order of excludable time) through April 8, 2005 (date by which the Government is to file its opposition to Mr. Fortes' substantive motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, June 17, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE