# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10196-GAO |
| JOHN FORTES, ) | |
| Defendant, ) | |

## STATUS REPORT
### April 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to O'Toole, J. to whom this case is assigned:

1. <u>Substantive Motions</u>

Mr. Fortes's counsel has recently entered his appearance as Mr. Fortes' successor counsel and has requested additional time to file a substantive motion. I have granted that request. Substantive motions shall be filed in this case by April 22, 2005 and the Government shall file its opposition to that motion by May 6, 2005.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on May 11, 2005, at 4:00 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 8, 2005 (date of expiration of prior order of excludable time) through May 6, 2005 (date by which the Government is to file its opposition to Mr. Fortes' Motion To Suppress).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, June 17, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE