UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 04-10196-GAO
JOHN FORTES,                   )
        Defendant,             )
_____)
```

FINAL STATUS REPORT
May 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to O'Toole, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Mr. Fortes has indicated that he intends to file a substantive motion and since discovery is complete, I am returning this case to Judge O'Toole for all further proceedings and the filing of substantive motions in this case.

2. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 6, 2005 (date of expiration of prior order of excludable time) through May 12, 2005 (date of status conference at which counsel requested that the case

be returned to the District Judge). Therefore, with the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through May 12, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, July 21, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>  
CHARLES B. SWARTWOOD, III  
CHIEF MAGISTRATE JUDGE