UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196 GAO

UNITED STATES OF AMERICA

V

JOHN FORTES

MOTION TO EXTEND TIME TO
FILE MOTION TO SUPPRESS

Now comes the defendant, JOHN FORTES, and hereby moves that this Honorable Court extend the time within which his attorney must file the Defendant's Motion to Suppress until Monday, August 8, 2005.

As grounds therefore, this attorney states the he had several complex evidentiary hearings to prepare for over the past month. Consequently this attorney has not had enough time to complete the research and writing involved in the defendant's Motion to Suppress. As further grounds, the defendant states that Assistant United States Attorney Donald Cabell assents to this extension.

WHEREFORE, the defendant moves that this Honorable Court extend the time in which his attorney must file his Motion to Suppress.

By his attorney,

/s/ C. Samuel Sutter (kms)
C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196 GAO

UNITED STATES OF AMERICA

V                                         CERTIFICATE OF SERVICE

JOHN FORTES

I, Kelley Anne Sylvia, hereby certify that on Monday, July 25, 2005, I sent by first class mail, a copy of Defendant's Motion to Extend Time to File Motion to Suppress, to Assistant United States Attorney Donald Cabell, 1 Courthouse Way, Boston, Massachusetts 02210.

/s/ Kelley Anne Sylvia
Kelley Anne Sylvia