United States District Court
District of Massachusetts

Docket No. 04-10196GAO

**United States,**

v.

**John Fortes,**

**Motion To Suppress**

Now comes the defendant, John Fortes, and moves that this court suppress all evidence derived directly or indirectly from the unlawful search of his residence by agents of the Bureau of Alcohol, Tobacco and Firearms & Explosives conducted on or about June 24, 2004. In support thereof, the defendant states that the affidavit in support of the search warrant fails to establish a nexus between the unlawful activity described therein and the location searched.

The evidence obtained during the search was seized in violation of the defendant's rights under the Fourth Amendment to the United States Constitution. That evidence must be suppressed.

The defendant requests a hearing on this motion.

Respectfully submitted,

John Fortes,
By his attorney,

C. Samuel Sutter
B.B.O. # 542496
203 Plymouth Ave.
Building #7
Fall River, MA  02721
(508) 647-8633