UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

UNITED STATES OF AMERICA

V

JOHN FORTES

## DEFENDANT'S RENEWED MOTION FOR BAIL

Now comes the defendant, John Fortes, and moves that this Court grant him bail in accordance with the following conditions:

1.      The defendant is prepared to secure his bond with property in Massachusetts worth $300,000.00, in which there is approximately $100,000.00 in equity.

2.      The defendant agrees to wear an electronic monitoring bracelet.

As grounds therefore the defendant states that he has strong family ties in New Bedford, Massachusetts.  The defendant was born in New Bedford; went to school in New Bedford; graduated from New Bedford High School; and, resided in New Bedford most of his adult life after graduating from high school.  The defendant's mother and girlfriend live in New Bedford.  And, the defendant has a nineteen month old son that also lives in New Bedford.

As further grounds, the defendant states that he recently obtained a new trial on two previous convictions.  As a result of these successful motions, the defendant contends that he is no longer subject to prosecution as an Armed Career Criminal.  As further grounds, the defendant states that he is not a flight risk.  The defendant has never defaulted from a court appearance.  As final grounds, the defendant states that he has a

meritorious defense.   The Government's case rests entirely upon the credibility of a confidential informant who has a lengthy criminal record and a terrible reputation within the New Bedford community for honesty.

Wherefore the defendant respectfully requests that this Court grant him a reasonable bail.   The defendant requests a hearing on this matter on Tuesday, November 22, 2005, at 2:30 p.m.

Respectfully submitted,
John Fortes,

/s/ C. Samuel Sutter

C. Samuel Sutter, Esquire
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile:  (508) 673-3766