# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
           v.                   )    CRIMINAL ACTION
                                )    NO. 04-10196-GAO
JOHN FORTES,                    )
           Defendant,           )
_____)
```

## ORDER
### November 23, 2005

**SWARTWOOD, C.M.J.**

### Nature of the Proceeding

Mr. Fortes has filed a Renewed Motion For Bail (Docket No. 36).

### Discussion

Mr. Fortes has requested that I reconsider my prior Order for his pretrial detention on the grounds that at least one drug offense (6/2/97 possession of a Class D controlled substance Docket No. 9733cr3534) has been vacated and that as a result, if Mr. Fortes is found guilty of the offenses charged in this Indictment, he will no longer be considered an armed career criminal. Originally, I had estimated, for the purposes of detention, that Mr. Fortes faced a minimum of 188 to 235 months incarceration if he pleads guilty to the offenses charged in this Indictment. Since a

drug related offense has now been vacated, that estimate is now reduced to a sentence between 151 to 210 months incarceration after a trial. In any event, Mr. Fortes faces a substantial period of incarceration if he is found guilty of the offenses charged in this Indictment and reduction of sentence as a result of one less conviction does not materially affect my conclusion that Mr. Fortes poses both a danger to the community and a risk of flight.

Additionally, Mr. Fortes has proffered conditions of release that he argues would both protect the community and assure his appearance in this Court if he were released. Mr. Fortes has made arrangements for a secured appearance bond in the amount of $100,000 and he has agreed to home incarceration with an electronic bracelet if he is released. I do not find that these conditions are sufficient to either protect the community or to prevent Mr. Fortes from fleeing if he were released. I find that the reasons for detention set forth in my original Detention Order (Docket No. 26) are still valid.

### Conclusion

Defendant's Renewed Motion For Bail (Docket No. 36) is <u>denied</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE