UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

UNITED STATES OF AMERICA

V

JOHN FORTES

## DEFENDANT'S MOTION TO APPEAL HIS BAIL

NOW comes the defendant, John Fortes, and files this appeal from the decision of Judge Charles Swartwood denying his Renewed Motion for Bail. The decision by Judge Swartwood ordering that the defendant be held in custody without bail was published on November 23, 2005.

Respectfully submitted,
John Fortes,

/s/ C. Samuel Sutter

C. Samuel Sutter, Esquire
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766