UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

UNITED STATES OF AMERICA

V

JOHN FORTES

**DEFENDANT'S MOTION
TO CONTINUE**

Now comes the defendant, John Fortes, and moves that this Honorable Court continue his case, which is scheduled for a change of plea from May 16, 2006 to May 30, 2006, May 31, 2006 or June 1, 2006. The defendant's attorney is also available June 12, 2006, June 13, 2006, and June 14, 2006.

As grounds therefore the defendant states that his attorney has a personal family obligation, which is also scheduled for the afternoon of May 16, 2006. The defendant's attorney would not be able to fulfill this personal obligation and appear at United States District Court in Boston at 2:30 pm. Consequently, the defendant is asking for a brief continuance. As further grounds the defendant states that Assistant United States Attorney Donald Cabell assents to this brief continuance.

Wherefore the defendant respectfully requests that this Honorable Court continue his plea from May 16, 2006, to one of the above-cited dates.

By his attorney,

/s/ C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, MA  02721
Telephone:  (508) 674-8633