UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

UNITED STATES OF AMERICA

V

JOHN FORTES

**DEFENDANT'S MOTION
TO CONTINUE**

Now comes the defendant, John Fortes, and moves that this Honorable Court continue his case, which is scheduled for a Change of Plea from Thursday, June 8, 2006, to any of the following dates: June 14th, June 15th, June 19th, June 20th, June 21st, June 22nd, June 23rd, June 27th, or June 29th, 2006.

As grounds therefore, the defendant states that his attorney, who is a candidate for Bristol County District Attorney, just learned that a debate between the candidates will take place on Thursday, June 8, 2006, at 7:00 p.m.. The debate is scheduled to take place at the City Counsel Chamber at Attleboro City Hall. The debate only became final yesterday afternoon, and that is the reason for the lateness of this request for a continuance. It would be very difficult for the defendant's attorney to make the trip from Fall River to Boston, spend an appropriate amount of time discussing the case with the defendant, participate in the Change of Plea hearing, drive back to Fall River and still adequately prepare for this debate. As further grounds, Assistant United States Attorney Donald Cabell assents to this motion.

Wherefore the defendant respectfully requests that this Honorable Court continue his Change of Plea hearing.

By his attorney,

/s/ C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, MA  02721
Telephone:  (508) 674-8633