UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

UNITED STATES OF AMERICA

V                                              **DEFENDANT'S MOTION
                                                 TO CONTINUE**

JOHN FORTES

    Now comes the defendant, John Fortes, and moves that this Honorable Court continue his case, which is scheduled for a Change of Plea from Wednesday, August 2, 2006, to Monday, August 21, 2006; Wednesday, August 23, 2006; or Tuesday, September 26, 2006.

    As grounds therefore, the defendant states that the last time this case was on for a change of plea, the defendant was reluctant to enter his plea because of a pending Motion to Vacate in New Bedford District Court. The outcome of this Motion to Vacate will have a huge impact on the defendant's sentencing range in the federal sentencing guidelines. In the event that his pending Motion to Vacate in New Bedford District Court is denied, the defendant in all likelihood will select a trial instead of a plea. As further grounds, the defendant states that the Government assents to this Motion to Continue.

    With respect to the scheduling of a new date, the defendant states that his attorney is presently a candidate for Bristol County District Attorney and the election is on September 19th. Therefore, the defendant's attorney has far greater flexibility in his schedule after September 19th then before that date.

    Wherefore the defendant respectfully requests that this Honorable Court continue his Change of Plea hearing.

By his attorney,

/s/  C. Samuel Sutter

C. Samuel Sutter
203 Plymouth Avenue
Fall River, MA  02721
Telephone: (508)  674-8633