```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
JOHN FORTES                 )    CR. NO. 04-10196-GAO
                            )
```

**ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent to continue the Rule 11 hearing in this case from September 26, 2006, to another date to accommodate a conflict in the undersigned's schedule and to allow the parties additional time to resolve case related issues.  The government would propose moving the hearing to on or about October 23, 2006, but has not yet had the opportunity to discuss that date with the defendant.  The defendant does assent, though, to the exclusion of any time encompassed by continuing the hearing.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                    BY:  /s/Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3105
```