UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 04-10196

UNITED STATES OF AMERICA

V

JOHN FORTES

# MOTION TO WITHDRAW

Now comes Attorney Clifford Samuel Sutter and moves that this Honorable Court permit him to withdraw from the above-entitled case.

As grounds therefore, Attorney Sutter states that last month he won the Democratic Primary Election to become the party's nominee for Bristol County District Attorney. He is unopposed in the general election on November 7th. Due to his status as District Attorney - Elect, Attorney Sutter is now deeply involved in implementing the transition from the current administration to his own. He is scheduled to take office on January 2, 2007. Therefore, he does not have the time necessary to devote to this case for trial, or for sentencing. As further grounds, Attorney Sutter states that this case involves two alleged drug transactions, which took place in New Bedford, and a search, with a search warrant of an apartment in New Bedford. A trial would involve the testimony of several New Bedford Police Officers. While technically there is no conflict of interest until Attorney Sutter takes office on January 2nd, the potential for confusion in the public's mind in New Bedford does exist. Accordingly, Attorney Sutter wishes to avoid this situation and is seeking this Honorable Court's permission to withdraw from this case.

Wherefore Attorney Sutter respectfully requests that this Honorable Court allow his motion to withdraw.

                                            Respectfully submitted:

                                            /s/ C. Samuel Sutter kas

                                            C. Samuel Sutter
                                            203 Plymouth Avenue
                                            Fall River, Massachusetts  02721