UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No. 04-10196-GAO |
| ) | |
| JOHN FORTES ) | |

**NOTICE OF APPEARANCE**

Now Comes defendant John Fortes, who respectfully provides this Court with notice that his attorney James Budreau is hereby filing his appearance in the instant case.

Respectfully submitted,
John Fortes
By His Attorney


 /S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-3700

I hereby certify that I served a copy of this motion and affidavit through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 6th day of December 2006.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116