UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 04-10196-GAO |
| JOHN FORTES | ) | |
| | ) | |

**MOTION FOR ADDITIONAL TIME TO**
**RESPOND TO DEFENDANT'S MOTION FOR A *FRANKS* HEARING**

The defendant has moved for a *Franks* hearing and, in so doing, alleges that as many as three individuals made false or incorrect statements in support of the search warrant.[1] The undersigned has preliminarily interviewed two of the three individuals and is in the process of drafting affidavits in order to respond to and rebut the defendant's allegations. However, the undersigned is going to be away from the office from May 1, 2007 until May 7, 2007, and would respectfully request a week from then to submit its response to the defendant's motion. Accordingly, the government requests until May 14, 2007, to respond to the defendant's motion.

---

[1] This Court previously denied the defendant's motion to suppress evidence from the search warrant.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                    BY:  /s/Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
```