**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>    v.   )<br>        )   CR. NO. 04-10196-GAO<br>JOHN FORTES )<br>        ) | |

**MOTION FOR EXTENSION OF TWO DAYS IN WHICH TO**
**RESPOND TO DEFENDANT'S MOTION FOR A *FRANKS* HEARING**

The government respectfully moves for an extension of two days, from May 14, 2007 to **May 16, 2007** in which to file its response to the defendant's motion.  In support of the government's motion, the undersigned AUSA was away from the office from May 9-11, 2007, due to illness.  Further, the undersigned is in the process of completing and filing the government's appellate brief in the matter of United States v. Dwinells, No. 06-1709, which was to be filed on May 11th, but is now being filed this day, on May 14, 2007.  As a result, additional time is needed to complete the government's opposition.  Accordingly, the government requests until May 16, 2007, to respond to the defendant's motion.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                       BY:   /s/Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210