AFFIDAVIT OF EMANUELA ALVES

I, Emanuela Alves, state that the following is true and accurate to the best of my knowledge.

1. My true name is Emanuela Alves and I lived at 68 South Street, Apartment #10 in New Bedford in 2004 when my apartment was searched as part of John Fortes's case. John's mother also lives in the complex at apartment #11.

2. The night before the search John stayed overnight. He was going to watch our son the next morning as I was going out.

3. Back in 2004 (prior to the search), John did not live with me and he did not have a key. He did stay over on occasion and when he did, I left him the key so he could come and go as he needed to while watching our son. He had access to the entire apartment when he stayed.

4. John would visit his mother often and had keys to her apartment. As a result, he could enter the complex too.

5. When you are standing at the front door of the apartment complex, you can not see my apartment or John's mother's apartment. If you were watching someone enter the complex, the walls block your view so that you can't tell which apartment (mine or Mrs. Fortes's) a person is visiting.

Signed under the pains and penalties of perjury.

*Emanuela Alves*

Emanuela Alves
Dated: 4-16-07