AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                      **APPEARANCE**

JOHN FORTES

Case Number:   CR-04-10196-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

June 18, 2007                            /s/ Jeremy M. Sternberg
Date                                     Signature

                                         Jeremy M. Sternberg, AUSA
                                         Print Name                           Bar Number

                                         US Attorney's Office, 1 Courthouse Way, Suite 9200
                                         Address

                                         Boston                    MA     02210
                                         City                      State    Zip Code

                                         617/748-3142          617/748-3675
                                         Phone Number                        Fax Number