## AFFIDAVIT OF JAMES BUDREAU

I, James Budreau, do depose and state that the following is true to the best of my knowledge and recollection:

1. I represent John Fortes in the instant matter. I was appointed vis-a-vis the CJA Panel.

2. The facts contained in the attached motion are true to the best of my knowledge and recollection.

Signed under pains and penalties of perjury,


/S/ JAMES BUDREAU