UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                     )<br>                                        )      Crim No. 04-10196-GAO<br>JOHN FORTES,                    )<br>        Defendant.               ) | |

**GOVERNMENT'S PRELIMINARY EXHIBIT LIST**

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Jeremy M. Sternberg, Assistant United States Attorney for the District of Massachusetts, and files this Preliminary Exhibit List in connection with the upcoming trial of this matter:

1. Video Tape of May 27, 2004 transaction;

2. Audio Tape of May 27, 2004 transaction;

3. Video Tape of June 2, 2004 transaction;

4. Audio Tape of June 2, 2004 transaction;

5. Cocaine (approximately 28 grams) from May 27, 2004 transaction;

6. Cocaine (approximately 25 grams from June 2, 2004 transaction;

7. Massachusetts State Lab Report Number 738526 dated June 21, 2004;

8. Massachusetts State Lab Report Number 680465 dated July 21, 2004;

9. New Bedford Police Department Citation Report Number 0660517;

10. New Bedford Police Department Property Receipt for 26 g cocaine dated June 2, 2004;

11. New Bedford Police Department Property Receipt for 29 g cocaine dated May 27, 2004;

12. ATF Property Inventory Report for 6 bullets;

13. Registry of Motor Vehicle records for 2000 Silver Lexus Model GS-300 bearing license plate 65ML05;

14. Nextel cell phone with phone number 508 294 4048;

15. Digital scale;

16a. Massachusetts drivers license for John Fortes;

16b. Massachusetts drivers license for John Fortes;

17. Copies of $1,440 U.S. Currency.

18. One (1) Silver NAA .22 caliber mini-revolver bearing serial number G26033

19. Three (3) rounds of .22 caliber ammunition

20. One (1) Remington .45 caliber handgun

21. Forty-six (46) rounds of .45 caliber ammunition

22. Map of Campbell Street and Purchase Street area in New Bedford, MA

23. Audio/Video tape of June 22, 2004 transaction

24. Cocaine from June 22, 2004 transaction

The Government reserves its right to timely supplement this Exhibit List.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                        By:  /s/Jeremy M. Sternberg
June 27, 2007                   JEREMY M. STERNBERG
                              ASSISTANT UNITED STATES ATTORNEY
                              United States Courthouse
                              1 Courthouse Way
                              Suite 9200
                              Boston, MA 02210
                              617/748-3100

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/Jeremy M. Sternberg
                              Jeremy M. Sternberg
                              Assistant U.S. Attorney