UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN FORTES, )<br>Defendant. ) | Crim No. 04-10196-GAO |

GOVERNMENT'S PRELIMINARY WITNESS LIST

The United States of America, by and through Assistant United States Attorney Jeremy M. Sternberg, hereby provides its preliminary witness list for the upcoming trial of this matter:

1. ATF Special Agent Brendan Hickey, Boston, MA

2. ATF Special Agent Stephanie D'Andrea, Boston, MA

3. ATF Special Agent Robert White, Boston, MA

4. Dino D'Acosta, New Bedford, MA

5. New Bedford Police Detective Paul Oliveira

6. New Bedford Police Detective David Conceicao

7. ATF Special Agent Phillip Ball, Boston, MA

8. ATF Evidence Technician Jeff Kerr, Boston, MA

9. New Bedford Police Detective Kelly Almeida

10. New Bedford Police Officer Michael Martin

11. Representative(s) of Massachusetts Department of Public Health, State Laboratory Institute

12. New Bedford Police Officer Gary Beaudoin

13. Julio DeFigueiredo, Jr., Investigator, Bristol County Sheriff

14. Representative of Massachusetts Registry of Motor Vehicles

The Government reserves its right to timely supplement this list.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

June 27, 2007                    By:    /s/ Jeremy M. Sternberg
                                              JEREMY M. STERNBERG
                                              Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/ Jeremy M. Sternberg
                                              Jeremy M. Sternberg
                                              Assistant U.S. Attorney