UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| V. ) | Criminal No. 04-10196-GAO |
| ) | |
| ) | |
| **JOHN FORTES** ) | |
| ) | |

### GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by and through Assistant United States Attorney Jeremy M. Sternberg, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Do any among you have any mental reservations or positive opinions regarding the narcotics laws of the United States which would affect your judgment, so as to prevent you from rendering a fair and impartial verdict?

2. This case was investigated by the United States Bureaus of Alcohol, Tobacco and Firearms (sometimes referred to as ATF) and the New Bedford Police Department. Is there anything about your attitude towards those government agencies, or any other law enforcement agency, which would prevent you from rendering a fair and impartial verdict?

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

June 27, 2007            By:       /s/ Jeremy M. Sternberg
                                   JEREMY M. STERNBERG
                                   Assistant U.S. Attorneys
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                                   /s/ Jeremy M. Sternberg
                                   Jeremy M. Sternberg
                                   Assistant U.S. Attorney
```