UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**JOHN FORTES** )<br>) | **CRIMINAL NO. 04-10196-GAO** |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant, JOHN FORTES, the government will seek increased punishment by reason of the following criminal conviction:

> New Bedford District Court, docket number 9933CR008054A, possession with intent to distribute Class D substance (marijuana); date of conviction January 18, 2000.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeremy M. Sternberg
JEREMY M. STERNBERG
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document by efiling.

This 28th day of June, 2007.

/s/ Jeremy M. Sternberg
JEREMY M. STERNBERG
Assistant U.S. Attorney