UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    Crim No. 04-10196-GAO
                              )
JOHN FORTES                   )

**MOTION TO CONTINUE SENTENCING DATE**

Now Comes defendant John Fortes, who respectfully moves this Court to continue his sentencing date from October 10, 2007 to November 1 or 2, 2007.  As grounds for this request, defendant states the following:

1.  This Court granted defendant funds in an ex-parte motion to have Mr. Fortes evaluated to explore a serious childhood trauma and its impact on his later criminal conduct.  The doctor in question will not be able to begin the evaluation process until September 13 and will involve a couple of sessions.  Consequently, counsel is not sure when the final report will be finished given the schedules involved.

2.  Counsel for Mr. Fortes begins a homicide trial in Suffolk Superior Court entitled <u>Commonwealth v. Craig Smith</u> on September 13, 2007.  It is expected that this case will last two weeks.  Counsel then begins hearings in Vermont federal court on September 28, 2007 and then another murder case on October 17, 2007.

3.  Based upon the above scheduling concerns, the necessary preparation time and the desire to provide probation with a copy of the findings of Mr. Forte's evaluation, counsel seeks a continuance.  Additionally, counsel would like to be able to

respond to the Probation Pre-Sentence Report, but will not be able to do so at least until after the September 13th homicide trial ends.

    4.   AUSA Jeremy Sternberg has no objection to this request. He only notes that he begins a fraud trial on November 5, 2007

    Wherefore, defendant moves this Court to reschedule Mr. Forte's sentencing date from October 10 to November 1 or 2, 2007. Defendant also seeks leave for counsel to file his objections to the PSR by October 3, 2007.

                                     Respectfully submitted,
                                     John Fortes
                                     By His Attorney


                                   /S/ JAMES BUDREAU
                                  JAMES H. BUDREAU, ESQ.
                                  20 Park Plaza, Suite 905
                                  Boston, MA 02112
                                  (617) 227-3700

    I hereby certify that I served a copy of this motion and affidavit through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 6th day of December 2006.

                                   /s/ James Budreau
                                  JAMES BUDREAU BBO# 553391
                                  20 Park Plaza, Suite 905
                                  Boston, MA 02116


**AFFIDAVIT OF COUNSEL**

2

I, James Budreau, do state that the following is true to the best of my knowledge:

1. I represent John Fortes in the instant matter.

2. I have spoken with AUSA Jeremy Sternberg and he does not object to this request.

3. The facts in said motion are true to best of my knowledge and recollection.


Signed under pains and penalties of perjury,



    /S/ JAMES H. BUDREAU