# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          **APPEARANCE**

JOHN FORTES

Case Number:   CR-04-10196-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

| November 5, 2007 | /s/ Amanda P. M. Strachan |
|---|---|
| Date | Signature |

Amanda P. M. Strachan, AUSA
Print Name                                                        Bar Number

US Attorney's Office, 1 Courthouse Way, Suite 9200
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| (617) 748-3643 | (617) 748-3675 |
|---|---|
| Phone Number | Fax Number |