UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10196 - GAO |
| | ) | |
| JOHN FORTES, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD ADJUSTMENT
BASED ON TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through Michael J. Sullivan, the United States Attorney for the District of Massachusetts, and Jeremy M. Sternberg and Amanda P. M. Strachan, Assistant U.S. Attorneys, respectfully moves the Court, pursuant to U.S.S.G. § 3E1.1, for an additional one-level downward adjustment in defendant John Fortes's offense level.  In support of this Motion, the government states that defendant assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

        Respectfully submitted,

        MICHAEL J. SULLIVAN

        United States Attorney

By:   /s/ Amanda P. M. Strachan
        Jeremy M. Sternberg
        Amanda P. M. Strachan
        Assistant U.S. Attorneys
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
Dated:  November 5, 2007        (617) 748-3100

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and to Probation Officer Martha Victoria on this 5th day of November, 2007.

                                      /s/ Amanda P. M. Strachan
                                      Amanda P. M. Strachan
                                      Assistant United States Attorney