UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No. 04-10196-GAO |
| ) | |
| JOHN FORTES ) | |

**MOTION FOR RETURN OF PROPERTY**

    Now Comes defendant John Fortes, who respectfully moves this Court to order the government to return property that it is still holding despite the fact that he has been sentenced and no appeal has been filed. In support of this Motion, defendant states the following:

    1. Mr. Fortes pled guilty to two counts of possession with intent to distribute cocaine and was sentenced by this Court to 142 months on November 8, 2007. He did not file an appeal.

    2. The government seized a Lexus automobile from his child's mother back in June 2004. They did not file a criminal forfeiture on the car and have not filed a civil action to date against this car. This car is owned by Emanuela Alves.

    3. The deprivation of property from Emanuela Alves without due process is a violation of her Fifth Amendment rights pursuant to the United States Constitution. The government's failure to institute proceedings almost 3 ½ years after the seizure also constitutes an abuse of process and raises questions of disproportionality. See Eighth Amendment to United States Constitution.

    4. Ms. Alves has already been unconstitutionally punished given the loss of use and value that has occurred during the

period this vehicle has been in the unlawful possession of the government.

    Wherefore, defendant moves this Court to order the return of this property; i.e., the seized Lexus, immediately to its rightful and legal owner, Emanuela Alves to avoid further depreciation in its value and violations of the Fifth and Eighth Amendments.

                                 Respectfully submitted,
                                 John Fortes
                                 By His Attorney

                                 /S/ JAMES BUDREAU
                                 JAMES H. BUDREAU, ESQ.
                                 20 Park Plaza, Suite 905
                                 Boston, MA 02112
                                 (617) 227-3700

    I hereby certify that I served a copy of this motion and affidavit through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 3rd day of January 2008.

                                 /s/James Budreau
                                 JAMES BUDREAU BBO# 553391
                                 20 Park Plaza, Suite 905
                                 Boston, MA 02116