```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )   Crim No. 04-10196-GAO
                              )
JOHN FORTES                   )
```

**MOTION TO WITHDRAW MOTION FOR RETURN OF PROPERTY**

Now Comes defendant John Fortes, who respectfully moves this Court to permit him to withdraw his Motion for Return of Property. In support, defendant just learned that the government filed a civil action against the vehicle in question a few weeks ago, but that it had not yet been served on the owner.

```
                         Respectfully submitted,
                         John Fortes
                         By His Attorney


                          /S/ JAMES BUDREAU
                         JAMES H. BUDREAU, ESQ.
                         20 Park Plaza, Suite 905
                         Boston, MA 02112
                         (617) 227-3700
```

    I hereby certify that I served a copy of this motion and affidavit through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 3rd day of January 2008.

```
                         /s/James Budreau
                         JAMES BUDREAU BBO# 553391
                         20 Park Plaza, Suite 905
                         Boston, MA 02116
```